**COLE SCHOTZ P.C.**
Randi W. Kochman, Esq. (Id. No. 017071995)
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536  Facsimile

**TOBIN & REYES, P.A.**
Ricardo Reyes (*pro hac vice*)
225 N.E. Mizner Blvd.
Suite 510
Boca Raton, Florida 33432
Telephone: (561) 620-0656
Facsimile: (561) 620-0657

*Attorneys for Defendant, Gator Westfield, LLC*

|  |  |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually,<br><br>     Plaintiffs,<br><br>  v.<br><br>GATOR WESTFIELD, LLC, a Florida Limited Liability Company,<br><br>     Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO: 2:17-CV-05051-CCC-SCM<br><br>    Civil Action<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 12(B)(1)** |

TO: Alan R. Ackerman, Esq.
   1719 Route 10 East
   Parsippany, NJ 07054
   *Attorney for Plaintiffs, The Independence Project, Inc., and Ronald Moore*

   **PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, attorneys for Defendant, Gator Westfield, LLC ("Defendant"), shall move this Court for an order dismissing this action pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

2

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Defendant shall rely upon the accompanying Memorandum of Law in support of its motion to dismiss.

                    COLE SCHOTZ P.C.
                    Attorneys for Defendant

By: */s/ Randi W. Kochman*
    Randi W. Kochman
    25 Main Street
    P.O. Box 800
    Hackensack, New Jersey 07602-0800
    Telephone: 201-489-3000
    Facsimile: 201-489-1536
    rkochman@coleschotz.com

    TOBIN & REYES, P.A.
    Ricardo Reyes (*pro hac vice*)
    225 N.E. Mizner Blvd.
    Suite 510
    Boca Raton, Florida 33432
    Telephone: (561) 620-0656
    Facsimile: (561) 620-0657
    rar@tobinreyes.com

DATED:  August 29, 2017