UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC., a New
Jersey Non Profit Corporation, and RONALD
MOORE, Individually,

      Plaintiffs,

vs.

Case No. 2:17-cv-5051-CCC-SCM

GATOR WESTFIELD, LLC, a Florida Limited
Liability Company, JAMES GOLDSMITH, AS
TRUSTEE OF THE STUART O. GOLDSMITH
2012 FAMILY TRUST – WESTFIELD; 341
WESTFIELD CORP., a New Jersey Corporation
d/b/a Fujiyama Mama Chinese Restaurant, and
BUONA PIZZA, a New Jersey Corporation,

      Defendant(s).

*Order*
*(D.E. 37)*

*Order administratively terminating*

PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS'
FIRST AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW the Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through their undersigned Attorneys, and move pursuant to Fed.R.Civ.P. 15(a)(2), to amend their Complaint as set forth herein:

1.    The subject action is brought by the Plaintiffs pursuant to Title III of the Americans With Disabilities Act, 42 U.S.C. 12181 *et seq.* and the New Jersey Law Against Discrimination, claiming that the subject shopping center, including certain tenants located therein, are operating in violation of the Law, or the facilities contain architectural barriers that deny the Plaintiffs the full and equal enjoyment of the facilities.

2.    Plaintiffs filed a Complaint on July 11, 2017, naming as Defendant, Gator Westfield, LLC, a Florida Limited Liability Company.

*The motion for leave to file amended complaint [D.E. 37] shall be administratively terminated for failure to comply with the Court's Order regarding leave to amend complaint (see D.E. 31, no. 3).*

SO ORDERED
/s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
Date: 3/15/18