UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
RONALD MOORE, INDIVIDUALLY,

Docket No.: 2:17-CV-5051

Plaintiff,

-against-

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

GATOR WESTFIELD, LLC, a Florida
Limited Liability Company, and JAMES
GOLDSMITH AS TRUSTEE OF THE
STUART O. GOLDSMITH 2012 FAMILY
TRUST – WESTFIELD,

Defendants.
-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued *with prejudice* and without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 29, 2022

LAW OFFICES OF ALAN R. ACKERMAN

_____
ALAN R. ACKERMAN, ESQ
Attorneys for Plaintiffs
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
(973) 898-1177 x 122

STRONGIN ROTHMAN & ABRAMS, LLP

_____
BARRY S. ROTHMAN, ESQ
Attorneys for Defendants
GATOR WESTFIELD, LLC and JAMES
GOLDSMITH as Trustee of the Stuart O.
Goldsmith 2012 Family Trust - Westfield
70 South Orange Avenue, Suite 215
Livingston, NJ 07039
(212) 931-8300

SO ORDERED: _____
Hon. Claire C. Cecchi, U.S.D.J.
Date: 3/30/2022